UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>(1) MICHAEL L. BABICH )<br>(2) ALEC BURLAKOFF )<br>(3) MICHAEL J. GURRY )<br>(4) RICHARD M. SIMON )<br>(5) SUNRISE LEE )<br>(6) JOSEPH A. ROWAN )<br>      Defendants. )<br>) | CRIMINAL NO.  16-10343-ADB |

SECOND JOINT MEMORANDUM PURSUANT TO L.R. 116.5(b)

The parties, through their respective counsel as set forth below, submit this Second Joint Memorandum pursuant to L.R. 116.5(b) regarding the interim status conference.

(1)  Status of Automatic Discovery and Pending Discovery Requests

The United States produced automatic discovery to Defendants on February 2, 2017.  The United States has since made supplemental disclosures, on March 6, April 14, June 9, and June 29, 2017.  The government anticipates that it will make a production on July 26, 2017.

The United States received Defendants' discovery request on May 5, 2017, to which it responded on June 5, 2017.

(2) Timing of Additional Discovery

The United States is aware of its continuing duty to disclose newly discovered additional evidence or material that is subject to discovery or inspection under Local Rules 116.1 and 116.2(b)(1) and Rule 16 of the Federal Rules of Criminal Procedure.

(3) <u>Timing of Additional Discovery Requests</u>

Defendants will make any additional discovery requests by on or about September 15, 2017. The government will respond to any such requests within 14 days.

(4) <u>Protective Orders</u>

The Court previously entered two protective orders (Docket Nos. 81 and 83).

(5) <u>Pretrial Motions under Fed. R. Crim. P. 12(b)</u>

The parties request that Defendants be permitted to file discovery motions under Fed. R. Crim. P. 12(b)(3)(E) on or about October 27, 2017.

The parties request that a deadline be set for the filing of other pretrial motions under Fed. R. Crim. P. 12(b) after the resolution of any discovery motions.

(6) <u>Timing of Expert Witness Disclosures</u>

The parties are in agreement that a schedule for the production of expert witness disclosures will be determined by the next status conference.

(7) <u>Defenses of Insanity, Public Authority or Alibi</u>

The parties would like to set dates after discovery is complete.

(8) <u>Periods of Excludable Delay</u>

To date, all time to July 27, 2017, has been excluded.  The parties agree that the time from the Interim Status Conference until the next scheduled status conference should be excluded under the Speedy Trial Act.

(9) <u>The Status of Any Plea Discussions and Likelihood and Estimated Length of Trial</u>

At this point, the parties anticipate that all Defendants will go to trial.  The United States anticipates needing approximately 10 weeks to present its case at trial.

The Defendants collectively anticipate needing approximately five weeks to present any affirmative case that any of the Defendants may present at trial.

(10) <u>The Timing of the Final Status Conference or any Further Interim Status Conference</u>

The parties request that an additional interim Status Conference be set in or about the week of September 29, 2017.

(11) <u>Proposed Trial Date and Schedule</u>

The parties cannot agree on a trial date.  The Government requests to be heard on this matter.

The Government requests that the Court set a trial date in March 2018.

Counsel for all Defendants have conferred and determined that, due to other previously scheduled trial dates, all of said counsel are not available for trial in this matter until in or after November 2018.

The parties agree that the trial days should be between 9:00 am-1:00 pm.

Respectfully submitted,

WILLIAM D. WEINREB
Acting U.S. Attorney

By:
/s/ K. Nathaniel Yeager
K. NATHANIEL YEAGER (630992)
SUSAN M. POSWISTILO (BBO #565581)
Assistant U.S. Attorneys
Office of the U.S. Attorney
John J. Moakley Federal Courthouse
One Courthouse Way, Ste. 9200
Boston, MA  02210
NY:     (617)748-3311
SMP:   (617) 748-3103
nathaniel.yeager@usdoj.gov
susan.poswistilo@usdoj.gov


| MICHAEL L. BABICH | ALEC BURLAKOFF |
|---|---|
| By: | By: |
| /s/ Wick Sollers | /s/ George W. Vien |
| Joseph Sedwick Sollers, III | George W. Vien |
| wsollers@kslaw.com | gwv@dcglaw.com |
| D.C. Bar No. 370886 | BBO No. 547741 |

King & Spalding LLP
1700 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 737-0500
William H. Kettlewell
wkettlewell@collorallp.com
BBO No. 270320
Collora LLP
100 High Street
Boston, MA 02110
Telephone: (617) 371-1037

Peter E. Gelhaar
peg@dcglaw.com
BBO No. 188310
Joshua N. Ruby
jnr@dcglaw.com
BBO No. 679113
Donnelly, Conroy & Gelhaar, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Telephone: (617) 720-2880

MICHAEL J. GURRY
By:
/s/ Tracy A. Miner
Tracy A. Miner (BBO# 547137)
tminer@demeollp.com
Megan Siddall (BBO# 568979)
msiddall@demeollp.com
Demeo LLP
200 State Street
Boston, MA 02109
Telephone: 617-263-2600

RICHARD M. SIMON
By:
s/ Steven A. Tyrrell
Steven A. Tyrrell
steven.tyrrell@weil.com
D.C. Bar. No. 998795
Patrick J. O'Toole, Jr.
Patrick.otoole@weil.com
BBO No. 559267
Weil, Gotshal & Manges LLP
1300 Eye Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7213

SUNRISE LEE
By:
/s/ Lee Stein
Lee Stein
lee@mitchellsteincarey.com
AZ Bar No. 012368
Mitchell Stein Carey PC
One Renaissance Square
2 North Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 358-0291
Peter E. Ball (BBO #546031)
Fitch Law Partners LLP
One Beacon Street
Boston, MA 02108
T: (617) 542-5542
F: (617) 542-1542

JOSEPH A. ROWAN
By:
/s/ Michael Kendall
Michael Kendall (BBO# 544866)
michael.kendall@whitecase.com
Alexandra Gliga (BBO# 694959)
alexandra.gliga@whitecase.com
White & Case, LLP
75 State Street
Boston, MA 02109
Telephone: 617-939-9310

Email: peb@fitchlp.com

## Certificate of Service

     I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for the defendants.

                By: /s/ K. Nathaniel Yeager
                K. NATHANIEL YEAGER
                Assistant United States Attorney