UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Criminal No.: 16-cr-10343-ADB |
| v. |  |  |
| (1) MICHAEL L. BABICH<br>(2) ALEC BURLAKOFF<br>(3) MICHAEL J. GURRY<br>(4) RICHARD M. SIMON<br>(5) SUNRISE LEE<br>(6) JOSEPH A. ROWAN |  |  |
| Defendants. |  |  |

## **NOTICE OF GENERAL APPEARANCE ON BEHALF OF DEFENDANT SUNRISE LEE**

Now comes the undersigned, Peter E. Ball, and enters his general appearance and that of his law firm, Fitch Law Partners LLP, as counsel for Defendant Sunrise Lee in the above-captioned matter. The undersigned had originally entered an appearance limited to representation of Defendant Lee at her initial appearance (Doc #16). Notwithstanding the limited nature of the undersigned's appearance, the undersigned has continued to appear on Defendant Lee's behalf on pleadings and at court appearances. To avoid any confusion or doubt, he enters this general appearance on behalf of defendant Lee.

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK.]**

The undersigned is co-counsel with Lee Stein, Esq., and Michael Morrissey, Esq., of the law firm of Mitchell Stein Carey, PC in Phoenix, Arizona. While there may be no technical distinction in the eyes of the Court, the undersigned notes that Messrs. Stein and Morrissey are lead counsel and that the undersigned and his law firm are local counsel.

Respectfully Submitted,

SUNRISE LEE

By her attorneys,

/s/ Peter E. Ball
Peter E. Ball, BBO No. 546031
Fitch Law Partners LLP
One Beacon Street
Boston, MA 02108
Tel: (617) 542-5542
Fax: (617) 542-1542
E-mail: peb@fitchlp.com

Dated: August 10, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2017, this document was filed through the ECF system and will be sent electronically to those participants identified on the Notice of Electronic Filing as registered with ECF,

/s/ Peter E. Ball
Peter E. Ball