UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 16-10343-ADB |
| | ) | |
| SUNRISE LEE | ) | |
| Defendant. | ) | |

### MOTION FOR A COPY OF DECLARATION IN SUPPORT OF SUNRISE LEE'S MOTION TO CONTINUE SENTENCING

The United States respectfully requests a copy of the Declaration in support of Sunrise Lee's Motion to Continue Sentencing. The government did not want to burden the Court with this request and tried unsuccessfully to obtain the document without the Court's involvement. The document has been filed *ex parte*. As far as the government is aware, however, it has not been the subject of any Order permitting such *ex parte* filing. The Defendant relied upon the Declaration in support of her motion to continue, which remains pending. Moreover, it appears the Declaration contains information relative to the Defendant's 18 U.S.C. § 3553(a) sentencing factors. The government is entitled to the Declaration in connection with the pending motion and also because it seemingly contains sentencing information, which the Court may consider when fashioning a sentence. It should also be noted that the government has not received the Defendant's sentencing memorandum, which was due to be filed on December 18, 2019.

WHEREFORE, the government respectfully requests a copy of the Declaration submitted in support of Sunrise Lee's Motion to Continue Sentencing.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ANDREW E. LELLING<br>United States Attorney |
| Date:  December 20, 2019          By: | /s/ David G. Lazarus<br>DAVID G. LAZARUS, BBO # 624907<br>K. NATHANIEL YEAGER<br>FRED M. WYSHAK, JR.<br>Assistant United States Attorneys<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Tel. No. (617) 748-3373<br>Fax No. (617) 748-3972<br>David.Lazarus2@usdoj.gov |

**Certificate of Service**

I hereby certify that the foregoing Motion was filed through the Electronic Case Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ David G. Lazarus
DAVID G. LAZARUS
Dated: December 20, 2019          Assistant U.S. Attorney