## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No: 16-10343-ADB |
| **SUNRISE LEE** | ) | |
| **Defendant.** | ) | |
| | ) | |

### DEFENDANT LEE'S UNOPPOSED MOTION TO SEAL AFFIDAVIT OF COUNSEL AND NOTICE OF COMPLIANCE WITH ORDER [Doc.1116]

NOW COMES the Defendant, Sunrise Lee, through counsel, and hereby moves this Honorable Court to seal the Affidavit of counsel submitted in support of the Defendant's Motion to Continue Sentencing [Doc. 1086]. It is respectfully submitted that that Affidavit should be sealed as it contains protected medical information. The Government through its representative AUSA David Lazarus has indicated that the Government does not object to the sealing of this Affidavit. Counsel further states that he has provided the Government with a copy of the Affidavit pursuant to this Court's Order dated today [Doc. 1116].

Respectfully Submitted,

Peter Charles Horstmann, Esq.
BBO #556377
450 Lexington Street, Suite 450
Newton, Massachusetts 02466
(617) 723-1980

1

## CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, Esquire herby certify that a copy of the instant motion was filed through the ECF system and served upon all counsel of record including the United States through its representatives AUSAs Nathaniel Yeager, Fred Wyshak and David Lazarus, 1 Courthouse Way, Boston, MA 02110 on January 6, 2020.

Peter Charles Horstmann, Esq.