June 23, 2019


Honorable Allison D. Burroughs

United States District Judge

RE: Sunrise Lee


My name is Joseph W. Minch, government contactor for the USDA, IT support specialist Grand Rapids, MI. I have been friends with Sunrise Lee for over twenty years, we met while still teenagers. I have been blessed to become friends with her and her family. I was welcomed into her home spending many Christmas's, Thanksgiving's and family gatherings over the years. We just celebrated Sunrise's oldest sons high school graduation. I have known her to be a kind, strong, dedicated, loving woman and mother. She is one of the finest examples of what we should all strive for in humanity. Her children are polite and show the same kindness and good will that I have only know her to have. I can only imagen this is because she lives her day to day life with the intent to be virtuous. Sunrise Lee has always treated me with dignity, respect and more than that with love. Life for us all has its ups and downs. In the past few years, it seemed to me she had a heavy heart, she didn't say what was going on, only asked how have I been. Ever still helping and loving her family, friends and community. There are few people in this world I can confidently say truly care for others like her. They do not have to be people she knows, or like her in any way, only that they are a person and deserve the kindness and love from others that we all should give. As I have become more distrusting through life's difficulties. She is a reminder of how I should strive to be more thoughtful and kinder to all of my fellow mankind. I hope for the best, for Sunrise Lee and her family in this difficult time.


Joseph w. Minch

June 16, 2019

Honorable Allison D. Burroughs
United States District Court
1 Courthouse Way
Suite 2300
Boston, MA 02210

RE:  Sunrise Lee

Dear Honorable Allison D. Burroughs:

My name is Dan Lee and I am the President of the West Michigan BLAST(non-profit), Baseball Coach (3 teams), Project Manager for a Sensor Technology Company, and the spouse of Sunrise Lee.

I have known Sunrise for over 20 years and she has always been the person that people know they can go to for support or words of encouragement.  She is extremely selfless to the point I find myself questioning why.  It's because that is the type of person Sunrise is.  She is a servant to others and has always been since I have known her.

I actually met her for first time when we were both in high school and then a couple years later we connected again through friends, started dating, fell in love, and within one year we were married.  I knew she was a very special person and she would do just about anything for anyone.  One year after we were married we had our first child (Daniel 18) and 6 years later we had our second child (Isaac 12).  I could go on and on about our children and why they are who they are and it is because they have a mother like Sunrise.  It's true… I could go on and on about the number of kids she has welcomed and continues to welcome into our home and they all now she is like their second mom.  This is for you to understand who Sunrise is to me as a person.  I was not the best husband or the best father to our children when we started down the path of marriage and raising our family.  After 9 years of marriage we divorced.  I knew at the time I did not deserve her and my priorities were not in order and so did she.  While separated she always respected me and never bashed me to our children or to anyone that we knew.  A few years separated I finally started to understand what she wanted and what she always strives for.  Sunrise has always been about her family.  I do not mean biological.  She welcomes anyone into her circle and truly wants what is best for everyone.  She is the most caring, kind, loving, and forgiving person I know.  A few years ago Sunrise gave me a second chance with her and our family.  I know she didn't do it because she was deeply in love with me again.  She was once again was looking out for her family and trying to do what is best for her family.  It was not easy for her to let down her guard again and give me another chance.  We have now been together for the past five years and she has helped make me a better man in our community, a better father to our children, and friend to her.

Honorable Allison D. Burroughs
June 16, 2019
Page 2


When Sunrise first got her job with INSYS she was very proud and was very excited about getting "her break".  She was always trying her hardest to understand what she had to do and was always trying to do the right thing.  She was always working hard and meeting the company objectives.  In return, the company leadership seen that and took advantage of it.  They used her and her personable traits to benefit themselves.  She is a servant to others… The amount of work and stress put on her during the short time with the company on top of life caused Sunrise to become emotionally ill.  What we once thought was a blessing has been the worst thing to ever happen to our family.  When Sunrise was arrested it was a day I will never forget and thought would never come.  I knew the company had struggled with her and settling on her wrongful termination. I was not fully aware of the INSYS lawsuits prior to her arrest and never knew her allegedly involvement until she was brought up these charges.  This was and still is shocking to me and all the people that know her.

Sunrise is again the most sincere, kind, caring, and selfless person that I know.  I have had the honor of spending nearly half of my life with her and I am a better person because of it.  Please take into consideration our family and the damaging effects that this has been on Sunrise and us and will continue to be regardless of the outcome.  We have already lost years dealing with the company and now this trial.  We are still hoping and praying for justice and for this to all be over.

Sincerely,



Dan Lee

TO: Honorable Allison D. Burroughs of Massachuttes
Dear Judge Burroughs,
RE: Sunrise Lee

Hello,

My name is Daniel, & I am the first born son of Sunrise, my mother. You can assume that I be bias in the letter due to the fact that I am her son, but I would like to approach this in a different sense. I would like you to understand my mother as a person & her morals. She only does everything fair & legitimate, & she sticks to the rules always in their entireity. She has in the past had an occupation she is not proud of, sure. However, she knew it was a legal proffession that would provide for her family when they needed it most. As a son, I am taught never to steal, never to cheat, & never to break the rules. As a mother she leads by example.

Thank You,
Please see the truth,
Daniel P Lee Jr



TO:  Honorable Allison D. Burroughs

Dear Judge Burroughs,
RE:  Sunrise Lee

My name is Mandy Herzog and I'm a long time friend of Sunrise Lee.  I
met Sunrise when I was approximately 11yrs old, Sunrise was a very
welcoming and kind person from the beginning.  As the years passed by
we hung out quite a bit doing things that kids do playing games, dancing,
singing, riding bikes and so much more.  Sunrise has always been a caring
and beautiful person, she would give the shirt off her back if someone
needed.  As adults we would hang out at her home at the many
gatherings she would have because she believes family is everything.
With that being said Sunrise became more of my family member than just
a friend, she has sat and listened to me when I was hurting and down, she
has always had a way to just make you feel so much better.  Sunrise has
grown up to be a model citizen, mother and friend, I am proud to say she
has been part of my life for the past 28yrs.

Sincerely

Mandy Herzog

June 22, 2019

To: The Honorable Allison D. Burroughs


Dear Judge Burroughs,

I am writing this letter on behalf of a dear friend of mine, Sunrise Lee. I had the pleasure of meeting Sunrise several years ago, and from that point forward, she's always held a very special place in my heart. We had many commonalities, although I thought that Sunrise had the world in her hands, and I was still trying to figure many things out. I admired many amazing qualities that Sunrise encompassed, qualities that I hoped to attain myself. Sunrise is a wonderful mother to her boys! She was, and is, at every sporting event, and chaperoning field trips. She would take their calls at the drop of a hat, to support any need they had. I saw through her that I could manage a career, while still being an amazing mother, and always be available to my family, too. Sunrise was always there to lift me when I fell. She taught me to believe in myself with her actions and words. She taught me that anything is possible when you just believe in yourself. And, Sunrise believed in me through my high points and lows. That always stuck with me, and always will. She doesn't leave when things get tough. She is loyal, and loyal friends are hard to come by. As I grow older, I've amassed quite a wonderful circle of friends. But Sunrise will always glow to me, because she is one of the truly good people in this world. She's genuine, caring, and noble. All of her wonderful attributes are of tremendous value to our society. Again, your Honor, Sunrise is one of the good ones.

Thank you for your time.


Respectfully,

Jessica Larichiuta

June 7th, 2019

To: Honorable Allison D. Burroughs of Massachusetts

Dear Judge Burroughs,

RE: Sunrise Lee

My name is Mariana. I am sister to Sunrise Lee. I am a Care Specialist at an Assisted Living Home.
I would like to tell you what I know about my sister, Sunrise. The true person whom I know she is.
I ask for you and those who hear you reads this, to listen so their heart and soul can feel.

From the beginning the world has been hard on her.  My sister Sunrise, myself and our brother, were
abused, neglected and abducted. While abducted, we were able to go to school and live in apartments
for rent. As the abuse continued, we were rescued, thanks to a nice women,
whom turned my father in. My sister is the reason we survived those years. She gave
up her childhood to take care of us and protected us the best she can. I watched her go through the
most abuse.

My beloved sister worked so hard in school. While attending school she focused on a career to help
others. She wanted to help make this world a better place. She always saw good in people. She wanted
to graduate from college, and have a career with the means to help people. When this career
opportunity arrived, she quit school because she thought she was given an honest opportunity to
actually have a career that sounds promising in what she wanted to do.
Now I see the world can still be cruel and easily manipulated to be misjudged others. I see the world can
still be unkind to her. Once again a victim. Her only failure is mistrusting and easily manipulated by
others.

I do not know what kind of person you are. I ask for kindness and fairness on the future that will be
forced on my sister.

June 17, 2019

To:  Honorable Allison D. Burroughs of Massachusetts

RE:  Sunrise M Lee

Dear Judge Burroughs,

My name is Tom Wauben. My wife, Amy, and I are writing this letter to you in support of our friend Sunrise Lee.  I guess you could call this a character reference letter.  We have known Sunrise for approximately 6-7 years.  My wife teaches in the district that her children attend; I also coach in that same district as well and work in administration in a neighboring school district.  We both consider ourselves very good judges of someone's character.

Our children have attended school and participated in so many athletic events alongside Sunrise's children that they are too numerous to count.  Our kids have been over to her house, have spent nights over to her home, and have gone away on weekend events with her and her family.  Likewise, her children have been to our home and spent nights here as well.  I can't make a stronger statement towards one's character in that we will allow her to care for our own children as nothing is more precious to us.

Sunrise has always been extremely friendly, polite, and positive in any of our interactions. At athletic events she is always giving words of encouragement and is very supportive of all of the kids there, not just her own.  More than anything though, anyone who knows Sunrise would say she is a loving mother.  She takes that role seriously.  She is loving, caring, hardworking, and very, very present in her boys' lives.  She is always there for them and her boys love her dearly.  The love and bond she shares with her boys is very evident and inspiring.

This situation is heartbreaking for our entire community of friends. She has always been such an amazing mom and friend; we feel her boys need their mom in their lives. What child wouldn't want their mom at their sporting event or on the side line cheering them on? I can't imagine what she is going through right now. Her whole life has been devoted to her family.

Thank you for taking the time to read our letter and please give this consideration with any decisions you might make that would affect Sunrise and her family.

Sincerely,


Tom and Amy Wauben

June 9th, 2019

TO: Honorable Allison D. Burroughs of Massachusetts

Dear Judge Burroughs,

RE: Sunrise M Lee


My name is Shirley Connelly and I am the mother of Sunrise Lee. I write this letter to help you understand my daughter for the person she is. During her young age she was burdened with an abusive relationship I endured with her father that lead to a quick divorce. At the age of 4 during her father's visitation I made the mistake of letting him take them to the zoo which he instead took them out of the count ry. At the age of 8 I was reunited with Sunrise and her siblings to learn of her struggles while in his care being left alone at times to care for herself and siblings .while in foster care she burdened the hardships of fearing they would be separated and not knowing they would be safe.so you see her life started of rough yet with this said she is a remarkable person. Sunrise is caring, thoughtful, loving, hard - working, strong- minded independent person. While married she was a good wife and is an outstanding mother, protector to keep them safe, also to teach them good morals to do right in life, they are the rock that keeps her going. Sunrise grew up with respect for others as well as for herself and disciplined to be honest and do what's right. In our household while growing up we had 3 main rules no lying no cheating and no sneaky business .During her school years sunrise worked hard with good grades and a competitor in her sports. She was always popular in school for her kindness and support in helping others when she had the time, and would take the time to let others know they did a great job. Sunrise would often say she wanted to be a lawyer or doctor growing up .sunrise did not grow up with expensive clothes at times it was a struggle but she was always grateful and took the time to let us know it was okay. After school she worked put herself through college Sunrise would never do anything to hurt others or knowing or willingly break the law. Today she is weakened by the fight. She has endured cruelty from people in angles whom truly don't know her and has put her in a weaker state. As you know I sat through the whole trial in Boston but a week, having her sister be at her side during the week I was gone. I understand that it's rare for a judge to overrule a verdict. I am asking for your help in fairness to do the right thing.


Sincerely,

Shirley Connelly



William A. DeBoer, President/CEO

To

Honorable Allison D. Burroughs
1 Courthouse Way Suite 2300
Boston, MA 02210

RE: Sunrise Lee
Case 1:16-cr-10343 (US v Babich)

Date: June 13, 2019

Your Honor,

My name is Damion D. Payne, Federal Case Manager with Kalamazoo Probation Enhancement
Program (KPEP). For approximately ten years I have helped supervise, guide, and assist Federal
Offenders with a successful transition back into their communities. I also served my State and
Country as a member of the Michigan Army National Guard for eight (8) years. I have
personally known Sunrise Lee for over seven (7) years as someone that is highly respected and
considered a pillar in our community.

I am writing this letter in reference to her character and as being an upstanding citizen who cares
deeply about not only her family, but, also many people and families in our community. Whether
helping with a fund raiser, providing transportation, or just being a reliable, responsible adult that
you wouldn't hesitate for one moment to leave your child with. She has been instrumental and
very supportive in our youth sports, band concerts and other school/community events.

I would also like to share a very personal story about myself that gives a very clear understanding
of the character of Sunrise Lee. During a very difficult time in my life not having family in the
area to ask for help, she opened her home and heart to me, no questions asked, nothing asked in
return. I will never forget that, she will always be considered a friend of mine, and I will always
be there for her and her family through the highs and the lows of life, just as she's been for me.

Sincerely,

Damion D. Payne
Federal Case Manager/Counselor
KPEP



Administrative Office:





June 20th, 2019

Dana Baker

To: Honorable Allison D. Burroughs of Massachusetts

Dear Judge Burroughs,

Re: Sunrise Lee

My Name is Dana Baker I am friend of Sunrise Lee.   I am a territory manager for Farmers Insurance Co.  I have known Sunrise Lee for over 25 years.  I have seen some of her ups and downs in life.  What I do know about her is she is dedicated to her family and especially her two little boys.  Sunrise has always been a stable rock in their lives and would do anything for them.



Sunrise has always had a positive upbeat attitude and a determined mind, she is not one to let things get her down; she would rather tackle the issue and accomplish what ever was facing her. She has always done this with a smile on her face and an "I can do it attitude".  I have seen the generosity that she has given to others when she can, and the helpful hand she is always willing to offer; even when she thought she couldn't.

Sunrise is someone that had seen an opportunity that she thought she was doing the right thing for herself and her family.  Little did she know this would be how it would all turn out.  I can't imagine what she is going through, and in true Sunrise fashion she has stood up for herself, trying to fight this the best way she knew how, that is by telling the truth.

Sunrise is a very compassionate giving person that doesn't want to harm anyone knowingly. She has always been a person that would pull things together and make the best out of any situation.

Thank you for your time,

Dana Baker

May 30, 2019

Honorable Allison D. Burroughs
United States District Court
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

Re: Sunrise Lee

Dear Judge Burroughs,

My name Is Sandra L Ungrey. I am a retired administrative employee of John Hancock Financial Services, where I worked for 33 years. I have known Sunrise since she was around 14 years old. She and my daughter have been best friends since middle school. She Is like a second daughter to me. I have always loved her for her honesty and Integrity, her loving and caring personality. She cares deeply for her family and friends, and has an open-door policy In her home, where everyone is welcome. If anyone needs help Sunny is there. She Is a devoted mother to her sons. They are her life. She has always worked hard to provide and nurture them and has raised them to be gentlemen, in the best sense of the word. She has Instilled them with a strong foundation of love and respect for others, and to live with a strong moral compass. She is like a second mother to my granddaughter and all of the children of her family members and friends alike.

Sunny came to us and told us of her troubles when It began. She has been very open and honest In the course of the last 2 years or more. She has shared every detail with all of us In her intimate circle of family and friends. We are there to support her In every way we can, now and forever because we know her, and know she would never knowingly do anything Illegal or cause hann to anyone else.  All she has ever wanted was to help people. She wanted a career In the medical field and this Is what she studied for.

Sunny put herself through school while supporting her children as a single mother, going through a divorce and much contention while her boys were toddlers.  To show her Integrity and moral fortitude, she stood up for herself and did not take a plea deal because she is adamant In her Innocence.  She wants her children and everyone else to know that she is not guilty of the crimes she was charged with, to show her children especially, that she stands up for what she believes In, to show that having self-respect is important Many of her rights as a citizen have been violated, her life and her children's lives have been devastated and ruined.  But she's still standing and will not bow down because she Is fighting for her life and for the life and future of her children. I have never had as much respect for anyone as I do her. Her strength and

courage through this ordeal puts me in awe of her. She is like a tree, that bends in the wind but will not topple over. During all of this upheaval in her life, she continues to care deeply about others and their problems. She was there for my daughter, and myself when I had open heart surgery last fall. Taking care of my granddaughter so my daughter could come to the hospital, coming to see me and check on me during an extended recovery. Being there for my daughter when she had surgery shortly after mine. She opens her heart to anyone needing a helping hand or simply a listening ear.

I believe in Sunrise Lee. I believe in her innocence. I believe she has been wronged in the worst way by people who admitted they lied to save themselves. Superiors who earned her trust but were actually lying and manipulating her to their own ends. Much of the things that she was charged with were done before she began working there. Of course she was excited to have a career that would provide a good living for her family and fulfill her dream of helping others in a real way after struggling for so long to attain a goal she had set for herself. Unfortunately she trusted the wrong people who have ruined her life to stay out of prison themselves.

I am humbly requesting leniency for Sunrise. Sending Sunrise Lee to prison would suit no purpose. She is not a threat to anyone and society would not benefit from sending her to prison. A prison tenn would be devastating to her and her children. Their life is never going to be the same but the hann and hardships of losing their mother at such young ages is Incomprehensible as to their mental health and even financial health. She is their rock, their ability in life. Sunny is the ·sun• to her family. She has done everything she possibly can to insure her chffdren will become strong, capable, upstanding men and to provide a good home and life for them. To show them how to be courageous in the face of debilitating adversity. At 12 and 18 this is understandably a tremendous burden and hardship on the family.

Thank you in advance for your help and support to Sunny Lee at this most crucial time in her life and in her son's lives.

Respectfully yours,

Sandra L. Ungrey

June 7, 2019

Honorable Allison D. Burroughs
United States District Court
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

Re: Sunrise Lee

Dear Judge Burroughs:

My name is Jill Ungrey. I am a stay-at-home mom. I will be returning to school to finish earning my bachelor's degree in behavioral science and master's in social work in the fall of 2019.

Sunrise and I have been the best of friends since we were in our early teens. I will never forget the first day I met her. I was walking to town with a friend during summer vacation when I happened upon Sunny at the park. I was immediately taken by my shyness primarily because her smile was so vibrant, engaging and infectious. It was almost intimidating but in the best possible way. Her smile continues to be the most beautiful, aside from my daughter's. Her genuine personality shows in that smile. An instant connection was made that day that led us to becoming lifelong friends.

Sunrise has so many wonderful qualities and talents that people only dream of having. She is an outstanding mother to her two sons. She has always been an extremely hard worker, holding down three jobs and going to school every day, all while maintaining her "A" grades. In our adult years my daughter and I stayed with her and her boys in Lansing while she was going through a divorce. Therefore, I have been a witness to how hard she worked to provide a stable and happy life for her two children. I'm sure her boys sensed something was off, but you would never know it by the way they acted. Sunrise gave them her all-encompassing love and undivided attention when she wasn't working. I would watch the children while she worked. Her children showed zero signs of distress nor acted out in ways that any child easily could have with the separation of their parents.

It was tough and it took a major toll on her, but Sunrise's natural mothering instincts knew how to prevent her children from any repercussions. She never allowed her boys to see her at her most vulnerable self. She had so much strength to keep her feelings and emotions separate every time her boys were in her presence. Sadly, she couldn't keep them from knowing about the horrible accusations made against her in this case.

Sunrise had one of the most difficult childhoods. What she had to face at such a young age was terrifying. At the age of 4 Sunny and her siblings were abducted by their father. She took care of her sister and brother, and many times they were placed in foster care when their father would leave them because he told everyone that their mother had died. They moved all over the country and out of the country constantly. Sunrise was 8 years old before she was returned to her mother. Sunny became emancipated at the age of 15. I have never known anyone to be emancipated and take on the adult responsibilities of raising and providing for her younger siblings as well as herself at such a young age. She was born with an uncanny ability to nurture others. She continuously and willingly takes on whatever her family, extended family, and friends need. She always puts everyone else first, and always has. Sunny is the most honest, fair person I have ever been blessed to know. She always listens to both sides of a story before making any judgements or deciding what is morally right or wrong. She listens to the facts and looks for the truth before she helps when her advice is solicited by anyone. She is also one of the most loyal people I have ever known. She will use

tough love, no matter how much it may hurt that person, to get them to realize when and if someone is either toxic to them or their family, but especially to themselves.

Sunrise was offered a career, so she took the opportunity to continue with her life's goal to be of real assistance to people as a whole and individually. The hard work and effort she had put in since the age of 15 had finally been realized and she had reached her goal. She was admittedly naïve and trusted people that she shouldn't have. They used and manipulated her from behind the scenes from day one. These people have openly admitted lying about her. They twisted the facts to take the heat off themselves. Sunny came to me some time after working at Insys Therapeutics to tell me about things happening with her computer, her devices and around her home that didn't seem coincidental. Sunrise did not knowingly do anything wrong while working for Insys. Sunrise does not have it in her to do anything illegal, or to purposely harm anyone or take advantage of them. She just couldn't do that to another human being or to herself. She has always had a great deal of self-respect and self-reliance. Sunny has always strived to make her children, family, and friends proud of her, and to set the example to all in her orbit that if you work hard, and are honest and trustworthy, you can achieve any goal you set for yourself. These charges, the trial, and the outcome have devasted her, and shaken her belief in humanity, and her belief wrong does not win over right. Yet, through all of this going on in her life, rarely has she missed a school event, sporting event, or holiday with her family.

Sunrise Lee was not aware of any criminal activity going on during her time at Insys Therapeutics. From the onset of this horrifying experience she has held her head high and behaved with the utmost integrity and humility. She was offered many plea deals, but she would not take them because she knew she was not guilty of anything that she was charged with. She couldn't lie by saying she did something wrong when she didn't. She was standing up for what was right. She should not be punished for being used as a scapegoat for the guilty parties. Her character and strength should be acknowledged and praised. I sincerely request that you dismiss the charges and the verdict against her and show Sunrise Lee leniency and mercy. Society is not going to benefit from her going to jail. She is not, nor has she ever been, a threat to anyone. It will not only destroy her and cause major hardship for her, but for her children, parents, siblings, and friends. Her children are her life, and they need her in their life. Her sons need her guidance in continuing to make the right choices and following the right path into manhood.

Thank you in advance for your help and consideration at this most critical time in Sunrise's life and the future of her children's lives.

Most Respectfully,

Jillian F. Ungrey

June 22, 2019
Honorable Allison D. Burroughs

U.S. District Court
1 Courthouse Way
Boston, Massachusetts 02210

RE: Sunrise Lee

Dear Honorable Allison D. Burroughs

My name is Kristy Macdonald, the Assistant Director of the Negotiations Team for the Knowledge Enterprise at Arizona State University. I have been a dear friend of Sunrise (Sunny) Lee for over 25 years. I met her when we were just teenagers and absolutely adore her. She has always been a hard-worker and very devoted to her family and friends.

Sunrise had a challenging childhood. She is the oldest of 3 children who were raised by a single mother during most of her younger years. Seeing as she was the oldest, she was tasked with taking care of her younger sister and brother while her mom worked odd jobs to support them. During this time, her living environment was very transient. Her mom eventually remarried and they moved to Michigan from California.

By the time Sunrise was 16, she requested and was granted emancipation from her parents. Sunrise was tired of the instability and wanted more structure. She maintained a close relationship with them and still does but she needed a different atmosphere. Sunrise, of course, had a job (I think at Burger King) and graduated high school on time. She was very independent and learned to rely only on herself.

At the young age of 19, Sunrise was married and pregnant with her first child, Daniel. She was going to the local community college and working to make certain her child had everything he needed. She wanted to ensure his childhood experience was very different from hers.

Sunrise had another child, Isaac, with her husband and continued to work and attend college, eventually ending up at Michigan State University. I believe she was studying to be a pediatrician. There were many days her and I would go to the local Barnes and Noble bookstore, grab some lunch and conduct our studies.

I ended up moving from Grand Rapids to Arizona 9 years ago. Sunrise called me a few years ago and told me of an opportunity working for a pharmaceutical company, Insys. Seeing as they were located close to where I lived, she stayed with me during the interviewing stage. I actually went to dinner with her, Alec, Michael and Dr. Kapoor after the interview. They all seemed like very nice, professional people and dedicated to helping those in pain.

Sunrise was hired and would visit me on many occasions when working in AZ. I even attended a couple dinners with her team and met with her at the hotel/conference location where she was prepping for presentations the following day. Everything I witnessed seemed to be legitimate. I

was completely caught off guard after reading all of the indictments and accusations online and hearing it on the local news channels. The media's portrayal of Sunrise is so untrue and has caused significant damage to her and her family.

I was completely taken back when hearing Sunrise was named as one of the top executives facing such horrific charges. After reading some of the court documents, it still seems as though she did not play much of a role in what the other executives were responsible for. I know Sunrise was not the "mastermind" behind those criminal schemes nor promoting them. If she did have some part, it was likely due to misinformation or lack of understanding what truly was going on. This was her first true experience in pharmaceutical sales.

Sunrise is someone who helps others, not harms them. I hope you will read this letter and take this information into consideration during the sentencing process. Sunrise does not belong in prison. She is a productive citizen who has and would continue to contribute to society in so many good ways.  The nightmare she has been living these last few years has been a sentence in itself.

I understand as a judge, you need to uphold the law. Hearing what these pharmaceutical companies are doing is unacceptable. They have taken the lives of others simply for profit which is immoral, illegal and just plain wrong. They need to be held accountable for their actions. I do not see Sunrise acting in this manner during her time with Insys.  If we knew now what was to have happened with this "awesome" opportunity back in 2012-13, I definitely would have tried talked her out of it! Feel free to contact me if you need any further information. I would be happy to help out in any way possible.

Sincerely,

Kristy Macdonald, MSW

 **MULTICAM**
1989-2019

Jamie Venlet

Monday, June 17, 2019

Honorable Allison D. Burroughs

United States District Court

1 Courthouse Way, Suite 2300 Boston MA 02210

RE: Sunrise Lee

My name is Johnathon J. Venlet (Jamie), Michigan CNC territory manager for MultiCam Great Lakes in Grand Rapids, MI and Vice President/equal stakes holder in X-Edge Products Inc. I am a lifelong friend of Sunrise Lee and in fact I introduced her to her husband Dan Lee who has been one of my closest friends for over 25 years. Sunrise has always been extremely hard working and dedicated to whatever the task is at hand or the people that are counting on her to achieve success. She is as kind and as caring as they come. Despite being burned several times, I have watched her time and time again take care of those in need around her. Countless times she has allowed family members or friends to live with her while they were going through tough times. Feeding them, and even sometimes clothing them and loaning them money or whatever they may need. As you know, Sunrise worked as an exotic dancer in the past but what you may not know is that she hated every minute of it and during that time she was taking college courses and trying to better herself so that she could become a business professional. With Insys she thought that she finally had that opportunity.

There is no doubt that Sunrise detests her role in this and looking back now she sees all the signs that things weren't right. I strongly believe that her husband and children will suffer the most if she is sentenced to prison and I ask that you please consider a sentence that does not require prison time.

Thank you for your time in reading this.

Sincerely,

Johnathon J. Venlet

*Johnathon Venlet*

Routers • Lasers • Plasmas • Waterjets • Knife Systems