# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.        ) | **Criminal No. 16-10343-ADB** |
| ) | |
| **SUNRISE LEE,**    ) | |
|   **Defendant.**   ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Burroughs, J.) November 26, 2019 *Memorandum and Order on Defendants' Motions for Judgment of Acquittal and for a New Trial* granting in part defendants Sunrise Lee, Richard M. Simon, Joseph A. Rowan and John Kapoor's motions for judgment of acquittal (entered on the docket on November 26, 2019) (Doc. No. 1028)[1], and from the sentence imposed by the district court on the defendant Sunrise Lee on January 22, 2020, including but not limited to the district court's January 22, 2020 oral forfeiture ruling.

---

[1] On December 11, 2019, the government moved to extend the time within which to file its notice of appeal by 30 days. (Doc. Nos. 1029, 1083.) On December 12, 2019, the district court granted the motion, giving the government until January 25, 2020 to file its notice of appeal. (Doc. Nos. 1034, 1084.)

       Respectfully submitted,

       ANDREW E. LELLING
       United States Attorney

By: /s/ *Mark T. Quinlivan*
       K. NATHANIEL YEAGER
       FRED WYSHAK, JR.
       DAVID G. LAZARUS
       MARK T. QUINLIVAN
       Assistant U.S. Attorneys

## Certificate of Service

  I hereby certify that on January 24, 2020, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

       /s/ *Mark T. Quinlivan*
       MARK T. QUINLIVAN
       Assistant U.S. Attorney