UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>SUNRISE LEE,<br>    Defendant.<br><br>*and*<br><br>EDWARD D. JONES & CO.,<br>    Garnishee. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 1:16-CR-10343-ADB-5<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW APPLICATION FOR WRIT OF GARNISHMENT

Pursuant to 28 U.S.C. §3205(c)(10), the Plaintiff, United States of America, hereby moves to withdraw and otherwise terminate its Application for Writ of Garnishment as to Sunrise Lee (Doc. No. 1462), in the above-captioned proceeding. Counsel to the United States has been informed by Edward D. Jones & Co. that it no longer holds any funds on behalf of the defendant.

                                              Respectfully submitted,

                                              UNITED STATES OF AMERICA
                                              By its attorneys

                                              RACHAEL S. ROLLINS
                                              United States Attorney

Date: March 17, 2023           By: /s/ Raquelle L. Kaye
                                              Raquelle L. Kaye
                                              Assistant United States Attorney
                                              One Courthouse Way, Suite 9200
                                              Boston, MA 02210
                                              (617) 748-3403